UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Garcia Ramirez (A-Number: 216-929-844), Petitioner, v. Warden, California City Detention Center, Respondent. | No. 1:26-cv-06582-KES-EGC (HC)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN 7 DAYS<br><br>Doc. 1 |

Petitioner Juan Garcia Ramirez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus. Doc. 1. The Court construed the petition as challenging the statutory authority for petitioner's detention and ordered respondents to show cause why the petition should not be granted. Doc. 5. Respondent contends that "[d]etention in this case was pursuant to 8 U.S.C. § 1225(b)(2)(A)," and they "maintain [their] position that such provision governs here." Doc. 6. Respondent "acknowledge[s], however, that *Rodriguez Vazquez v. Bostock*, 2026 WL 2196424 (9th Cir. July 30, 2026), holds that § 1226(a) governs Petitioner's detention because he entered without inspection or parole and was apprehended in the interior of

the United States." *Id.* at 1. Respondent also indicates that petitioner did not request a custody redetermination hearing. Doc. 7 at 1. But in filing the instant petition for habeas corpus, petitioner affirms he is seeking custody redetermination.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondent is ORDERED to provide petitioner Juan Garcia Ramirez (A-Number: 216-929-844) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven (7) days of the date of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within seven (7) days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: August 30, 2026

UNITED STATES DISTRICT JUDGE